UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Joseph Dudas,**

    Plaintiff,

    v.

**Spinnaker Resorts, Inc.,**

    Defendant.

Case No. 2:20-cv-6008

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

Defendant's motion to stay, ECF No. 15, is **GRANTED**. All deadlines associated with this case are **STAYED** until the Court resolves Defendant's motion to dismiss, ECF No. 8. Accordingly, the pretrial conference scheduled for March 2, 2021, before Magistrate Judge Vascura is **VACATED**.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT